■ ANTHONY GRECO, Respondent, v GEORGE TREMITI, Appellant. [696 NYS2d 731] —Order unanimously affirmed with costs for reasons stated in decision at Supreme Court, Murphy, J.

(Appeal from Order of Supreme Court, Onondaga County, Murphy, J.—Discovery.) Present—Green, J. P., Lawton, Pigott, Jr., Scudder and Balio, JJ.